1   GEOFFREY A. HANSEN
    Acting Federal Public Defender
2   ANGELA M. HANSEN
    Assistant Federal Public Defender
3   555 - 12th Street, Suite 650
    Oakland, CA 94607-3627
4   Telephone:  (510) 637-3500

5   Counsel for Defendant JOHNSON

6

7                         UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9                              OAKLAND DIVISION

10  UNITED STATES OF AMERICA,        )      No. CR-11-00776 SBA
                                     )
11            Plaintiff,             )      STIPULATED REQUEST TO CONTINUE
                                     )      HEARING DATE TO JUNE 5, 2012 FOR
12       v.                          )      JUDGMENT, PLEA AND SENTENCING
                                     )      AND TO EXCLUDE TIME UNDER THE
13                                   )      SPEEDY TRIAL ACT AND ORDER
                                     )
14  JUSTIN LAMONT JOHNSON,           )
                                     )      Hearing Date: May 10, 2012
15            Defendant.             )      Time:          10:00 a.m.
                                     )
16  _____ )

17       The above-captioned matter is set on May 10, 2012 before this Court for judgment, plea

18  and sentencing.  The parties jointly request that the Court continue the matter to June 5, 2012, at

19  10:00 a.m., for judgment, plea and sentencing, and that the Court exclude time under the Speedy

20  Trial Act, 18 U.S.C. § 3161(h)(1)(G), between the date of this stipulation and June 5, 2012.

21       The parties have reached a Federal Rule of Criminal Procedure 11(c)(1)(C) plea

22  agreement.  The parties previously requested that the Court take the parties' proposed plea

23  agreement under submission and that the Court refer this matter to the United States Probation

24  Office for a full pre-sentence investigation.

25       The parties request this continuance because defense counsel recently provided

26  information to the Probation Office regarding Mr. Johnson's criminal history category and the

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-00776 SBA

1   Probation Office needs more time to consider this information and to prepare an Amended Pre-

2   Sentence Investigation Report, if appropriate.  The Probation Office is in agreement with this

3   continuance and is available on the requested sentencing date.  Given that the Court has taken

4   the parties' proposed plea agreement under submission, the parties agree that time should

5   continue to be excluded pursuant to 18 U.S.C. § 3161(h)(1)(G) based on the Court's

6   consideration of the proposed plea agreement to be entered into by the defendant and the

7   attorney for the government.

8   DATED: May 2, 2012                          _____/S/_____
                                                BRIGID MARTIN
9                                               Assistant United States Attorney

10

11  DATED: May 2, 2012                          _____/S/_____
                                                ANGELA M. HANSEN
12                                              Assistant Federal Public Defender

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1.     Given that the parties have reached a Rule 11(c)(1)(C) agreement and have submitted that agreement to the Court for consideration;

2.     Given that Mr. Johnson has signed a consent to institute a pre-sentence investigation and to disclose the report before his plea of guilty;

3.     Given that the Court has taken the proposed plea agreement under submission;

4.     Given that the defense has recently provided information to the Probation Office and that the Probation Office needs additional time to assess that information and possibly prepare an Amended Pre-Sentence Investigation Report; and

5.     Given that the Probation Office is in agreement with this continuance and is available on the requested sentencing date.

Based on these findings, IT IS HEREBY ORDERED that the judgment, plea and sentencing hearing set for May 10, 2012, scheduled at 10:00 a.m., before the Honorable Saundra Brown Armstrong, is vacated and reset to June 5, 2012, at 10:00 a.m., for judgment, plea and sentencing.

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), from May 3, 2012 to June 5, 2012, based on the Court's consideration of the proposed plea agreement to be entered into by the defendant and the attorney for the government.


DATED:_5/4/12                                      _____

                                                           HON. SAUNDRA BROWN ARMSTRONG
                                                           United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26