GEOFFREY A. HANSEN
Acting Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JUSTIN LAMONT JOHNSON, <br> Defendant. | No. CR-11-00776 SBA <br><br> STIPULATED REQUEST TO CONTINUE HEARING DATE TO JUNE 27, 2012 FOR JUDGMENT, PLEA AND SENTENCING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND ORDER <br><br> Hearing Date: June 5, 2012 <br> Time:          1:00 p.m. |

The above-captioned matter is set on June 5, 2012 before this Court for judgment, plea and sentencing. The parties jointly request that the Court continue the matter to June 27, 2012, at 10:00 a.m., for judgment, plea and sentencing, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), between the date of this stipulation and June 27, 2012.

The parties have reached a Federal Rule of Criminal Procedure 11(c)(1)(C) plea agreement. The parties previously requested that the Court take the parties' proposed plea agreement under submission and that the Court refer this matter to the United States Probation Office for a full pre-sentence investigation.

The parties request this continuance because defense counsel provided information to the

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-11-00776 SBA

1  Probation Office regarding Mr. Johnson's criminal history category and the Probation Office
2  needs more time to consider this information and to prepare an Amended Pre-Sentence
3  Investigation Report, if appropriate.  The Probation Office is in agreement with this continuance
4  and is available on the requested sentencing date.  Given that the Court has taken the parties'
5  proposed plea agreement under submission, the parties agree that time should continue to be
6  excluded pursuant to 18 U.S.C. § 3161(h)(1)(G) based on the Court's consideration of the
7  proposed plea agreement to be entered into by the defendant and the attorney for the
8  government.

9  DATED: June 5, 2012                                  /S/
                                                  BRIGID MARTIN
10                                                Assistant United States Attorney

11

12 DATED: June 5, 2012                                  /S/
                                                  ANGELA M. HANSEN
13                                                Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the parties have reached a Rule 11(c)(1)(C) agreement and have submitted that agreement to the Court for consideration;

2. Given that Mr. Johnson has signed a consent to institute a pre-sentence investigation and to disclose the report before his plea of guilty;

3. Given that the Court has taken the proposed plea agreement under submission;

4. Given that the defense has provided information to the Probation Office and that the Probation Office needs additional time to assess that information and possibly prepare an Amended Pre-Sentence Investigation Report; and

5. Given that the Probation Office is in agreement with this continuance and is available on the requested sentencing date.

Based on these findings, IT IS HEREBY ORDERED that the judgment, plea and sentencing hearing set for June 5, 2012, scheduled at 1:00 p.m., before the Honorable Saundra Brown Armstrong, is vacated and reset to June 27, 2012, at 10:00 a.m., for judgment, plea and sentencing.

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), from the date of this Stipulation to June 27, 2012, based on the Court's consideration of the proposed plea agreement to be entered into by the defendant and the attorney for the government.

DATED: 6/4/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge