1  STEVEN G. KALAR
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  Telephone: (510) 637-3500

5  Counsel for Defendant JOHNSON

6

7               UNITED STATES DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9                      OAKLAND DIVISION

10 UNITED STATES OF AMERICA,        )    No. CR-11-00776 SBA
                                    )
11          Plaintiff,               )
                                    )    STIPULATED REQUEST TO VACATE
12     v.                            )    HEARING DATE AND TO DISMISS
                                    )    FORM 12 PETITION AND [PROPOSED]
13                                   )    ORDER
   JUSTIN L. JOHNSON,               )
14                                   )
            Defendant.               )    Date: January 13, 2016
15                                   )    Time: 10:00 a.m.
                                    )
16

17        The above-captioned matter is set on January 13, 2016 for a disposition hearing on a

18 supervised release violation based on allegations in a June 10, 2015 Probation Form 12 Petition

19 that Justin Johnson violated the terms of his release by committing several Grade C violations.

20 The parties jointly request that the Court vacate this matter and dismiss the Form 12 Petition.

21        The parties continued the violation proceedings in this case to give Mr. Johnson an

22 opportunity to prove himself on supervision.  Over the last year, Mr. Johnson graduated from the

23 Richmond Build Academy, he has been working on and off through a temporary agency, and

24 since May 2015, he has been fully compliant with the terms of his supervision.  He also

25 successfully completed a term on home detention.

26        For these reasons, the parties request that the Court vacate the hearing date and dismiss

1  the June 10, 2015 Form 12 Petition with the understanding that if there are any new violations
2  the government may not recommend a below-Guideline sentence.  The Probation Officer
3  assigned to this case, Alton Dural, has recommended the above-listed disposition.
4  DATED: January 5, 2016                                          /S/
                                                                BRIGID MARTIN
5                                                                Assistant United States Attorney

6  DATED: January 5, 2016                                          /S/
7                                                                ANGELA M. HANSEN
                                                                Assistant Federal Public Defender

**ORDER**

Based on the agreement of the parties provided in the stipulation above, IT IS HEREBY ORDERED that the January 13, 2016, supervised release violation disposition hearing date is vacated, and the June 10, 2015 Form 12 Petition is hereby dismissed.

IT IS SO ORDERED.

January _6_, 2016

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge